UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAULIO CASTELLON,<br><br>Petitioner,<br><br>v.<br><br>THE DIRECTOR OF THE CDCR,<br><br>Respondent. | Case No. 2:19-cv-01452 VBF (KES)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, along with the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that this action is dismissed without prejudice for failure to prosecute.

DATED: April 22, 2021        /s/ Valerie Baker Fairbank .
                                         Hon. VALERIE BAKER FAIRBANK
                                         UNITED STATES DISTRICT JUDGE