JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAULIO CASTELLON, | Case No. 2:19-cv-01452 VBF (KES) |
| Petitioner, | |
| v. | **JUDGMENT** |
| THE DIRECTOR OF THE CDCR, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed and this action is dismissed without prejudice for failure to prosecute.

DATED: April 22, 2021            /s/ Valerie Baker Fairbank
                                 _____
                                 Hon. VALERIE BAKER FAIRBANK
                                 UNITED STATES DISTRICT JUDGE